IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
    v.                        )          2:23cr58-MHT
                              )              (WO)
JAMES GLOVER                  )
```

## ORDER

The court having found on the record on May 9, 2024, that defendant James Glover's decision to withdraw his guilty plea is a knowing and voluntary one, it is ORDERED as follows:

(1) The oral motion to withdraw (Doc. 84) and the joint motion to set aside the plea (Doc. 92) are granted.

(2) Defendant James Glover's plea, entered on October 16, 2023, is withdrawn.

DONE, this the 9th day of May, 2024.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE